United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EDUARDO DANIEL PABLO MORALES,<br>“Petitioner,” | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-01053 |
| WARDEN, PORT ISABEL SERVICE<br>PROCESSING CENTER, *et al.*,<br>“Respondents.” | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner’s “Notice of Voluntary Dismissal Without Prejudice of Habeas Corpus Proceedings” (“Voluntary Dismissal”) (Dkt. No. 5).

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner’s claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 14, 2026

Rolando Olvera
United States District Judge